B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Legal iGaming, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2169469** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Sklar Williams**<br>**8363 West Sunset Road**<br>**Suite 300**<br>**Las Vegas, NV**                        ZIP Code **89113** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Legal iGaming, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Legal iGaming, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Samuel A. Schwartz. Esq.**
Signature of Attorney for Debtor(s)

**Samuel A. Schwartz. Esq. 10985**
Printed Name of Attorney for Debtor(s)

**The Schwartz Law Firm**
Firm Name

**701 E. Bridger Avenue, Suite 120
Las Vegas, NV 89101**

_____
Address

**Email: sam@schwartzlawyers.com**
**(702) 385-5544  Fax: (702) 385-2741**
Telephone Number

**February 28, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Wayne Krygier**
Signature of Authorized Individual

**Wayne Krygier**
Printed Name of Authorized Individual

**President, Treasurer, Secretary, Director**
Title of Authorized Individual

**February 28, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Legal iGaming, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)                                                                                          | (2)                                                                                                                                             | (3)                                                          | (4)                                                                           | (5)                                                            |
|----------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------|-------------------------------------------------------------------------------|---------------------------------------------------------------|
| *Name of creditor and complete mailing address including zip code*                           | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]*  |
| **J.A. Kennedy**<br>**7155 S. Rainbow Blvd., Suite 200**<br>**Las Vegas, NV 89118**          | J.A. Kennedy<br>7155 S. Rainbow Blvd., Suite 200<br>Las Vegas, NV 89118                                                                        | **Lease**                                                    |                                                                               | **2,060.00**                                                  |
| **Lionel, Sawyer, and Collins**<br>**1700 Bank of America Plaza**<br>**300 S. 4th Street**<br>**Las Vegas, NV 89101** | Lionel, Sawyer, and Collins<br>1700 Bank of America Plaza<br>300 S. 4th Street<br>Las Vegas, NV 89101                                          | **Attorney Fees**                                            |                                                                               | **29,450.07**                                                 |
| **Sklar Williams, LLP**<br>**8363 West Sunset Road**<br>**Suite 300**<br>**Las Vegas, NV 89113** | Sklar Williams, LLP<br>8363 West Sunset Road<br>Suite 300<br>Las Vegas, NV 89113                                                               | **Attorney Fees**                                            |                                                                               | **47,980.92**                                                 |
| **Swan & Gardiner, CPA's, LLC**<br>**9005 West Sahara Avenue**<br>**Las Vegas, NV 89117**    | Swan & Gardiner, CPA's, LLC<br>9005 West Sahara Avenue<br>Las Vegas, NV 89117                                                                  | **Accounting Fees**                                          |                                                                               | **928.00**                                                    |
| **Wendy Yurgo**<br>**2654 West Horizon Ridge Parkway**<br>**#B5-163**<br>**Henderson, NV 89052** | Wendy Yurgo<br>2654 West Horizon Ridge Parkway<br>#B5-163<br>Henderson, NV 89052                                                               | **Legal fees (for Campbell & Williams) pursuant to indemnification agreement.** | **Disputed**                                                                  | **29,997.88**                                                 |
|                                                                                              |                                                                                                                                               |                                                              |                                                                               |                                                               |
|                                                                                              |                                                                                                                                               |                                                              |                                                                               |                                                               |
|                                                                                              |                                                                                                                                               |                                                              |                                                                               |                                                               |
|                                                                                              |                                                                                                                                               |                                                              |                                                                               |                                                               |
|                                                                                              |                                                                                                                                               |                                                              |                                                                               |                                                               |
|                                                                                              |                                                                                                                                               |                                                              |                                                                               |                                                               |

B4 (Official Form 4) (12/07) - Cont.

In re    **Legal iGaming, Inc.**                                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Treasurer, Secretary, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 28, 2011**                          Signature   **/s/ Wayne Krygier**
                                                                    **Wayne Krygier**
                                                                    **President, Treasurer, Secretary, Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of Nevada

In re    **Legal iGaming, Inc.**                                   ,       Case No. _____

                            Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,622,876.34 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 76,932.08 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 110,416.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| | | Total Assets | 2,622,876.34 | | |
| | | Total Liabilities | | 187,348.95 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Legal iGaming, Inc.** _____ ,
                               Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Legal iGaming, Inc.**   ,   Case No. _____

                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re   **Legal iGaming, Inc.**                                                    ,     Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of George Checking Acct. No. 8831** | - | 22,568.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Errors & Ommissions Insurance** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | **22,568.57** |
|---|---|---|
|  | (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Legal iGaming, Inc.**                                                              , Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Michael Saunders** | - | 47,019.82 |
| | | **Stan Reed** | - | 2,700.00 |
| | | **Steve Hollands** | - | 2,300.00 |
| | | **Global Industry and Chester Wright III are jointly and severably liable for the outstanding portion of the purchase price due and owing to the company for the purchase of various assets of the company** | - | 40,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | 92,019.82 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Legal iGaming, Inc.**
                                      ,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Legal iGaming, Inc. v. Chester Wright III, Robert Graziano, New Castle Group, Inc., Richard C. Reining, and DOES I through X.** **Case No. A09-604578-C** | - | **Unknown** |
| | | **Legal iGaming, Inc. v. Sarah Fisher, Patrick Fisher, Steven Fisher, Philip Fisher, Kate Fisher, Angela Long, and Maurice Long** **Case No. A09-595247-C** | - | **8,000.00** |
| | | **Legal iGaming, Inc. v. IGT** | - | **0.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Debtor owns server based slot machine patents.** | - | **2,500,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Nevada State Business License** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer and peripheral equipment** | - | **287.95** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >     **2,508,287.95**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

2/28/11  5:26PM

**B6B (Official Form 6B) (12/07) - Cont.**

In re __**Legal iGaming, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **2,622,876.34** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Legal iGaming, Inc.**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **IGAM**<br><br>**Knobbe, Martens, Olson & Bear, LLP**<br>**2040 Main Street**<br>**Fourteenth Floor**<br>**Irvine, CA 92614** | - | | | 8/22/2010 through 12/28/2010<br><br>**UCC - Filing**<br><br>**Debtor owns server based slot machine patents.** | | | X | | |
| | | | | Value $            2,500,000.00 | | | | 76,932.08 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal<br>(Total of this page) | 76,932.08 | 0.00 |
| | Total<br>(Report on Summary of Schedules) | 76,932.08 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re  **Legal iGaming, Inc.**                                                                                    ,                Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

2/28/11  5:26PM

B6F (Official Form 6F) (12/07)

In re   **Legal iGaming, Inc.**           ,       Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **J.A. Kennedy** <br> **7155 S. Rainbow Blvd., Suite 200** <br> **Las Vegas, NV 89118** | | - | | 12/1/2010 <br> Lease | | | | **2,060.00** |
| **Account No. xxxxx-xxx4-FDG** <br><br> **Lionel, Sawyer, and Collins** <br> **1700 Bank of America Plaza** <br> **300 S. 4th Street** <br> **Las Vegas, NV 89101** | | - | | 1/13/2010 through 10/15/2010 <br> Attorney Fees | | | | **29,450.07** |
| **Account No. xxxx9.001** <br><br> **Sklar Williams, LLP** <br> **8363 West Sunset Road** <br> **Suite 300** <br> **Las Vegas, NV 89113** | | - | | 12/21/2010 through 1/31/2011 <br> Attorney Fees | | | | **47,980.92** |
| **Account No.** <br><br> **Swan & Gardiner, CPA's, LLC** <br> **9005 West Sahara Avenue** <br> **Las Vegas, NV 89117** | | - | | Accounting Fees | | | | **928.00** |

  __1__   continuation sheets attached

                                  Subtotal
                      (Total of this page)      **80,418.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Legal iGaming, Inc.**                                              ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Legal fees (for Campbell & Williams) pursuant to indemnification agreement. | | | X | |
| **Wendy Yurgo 2654 West Horizon Ridge Parkway #B5-163 Henderson, NV 89052** | | - | | | | | | **29,997.88** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **29,997.88** |
| | Total (Report on Summary of Schedules) | **110,416.87** |

B6G (Official Form 6G) (12/07)

.

In re    **Legal iGaming, Inc.**                                                                    ,    Case No. _____
                                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **J.A. Kennedy**<br>**7155 S. Rainbow Blvd., Suite 200**<br>**Las Vegas, NV 89118** | **Debtor is lessee to a commercial lease.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Legal iGaming, Inc.**                                    ,          Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

2/28/11 5:26PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re **Legal iGaming, Inc.**

_____

Debtor(s)

Case No. _____

Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President, Treasurer, Secretary, Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**13**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 28, 2011**

Signature **/s/ Wayne Krygier**

**Wayne Krygier**
**President, Treasurer, Secretary, Director**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re  **Legal iGaming, Inc.**                                                              Case No.
                                                    Debtor(s)              Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011 YTD: Debtor Business Income** |
| **$-2,603,532.59** | **2010: Debtor Business Income** |
| **$-565,986.00** | **2009: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

2

#### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Sklar Williams, LLP**<br>**8363 West Sunset Road, Suite 300**<br>**Las Vegas, NV 89113** | **12/15/2010;**<br>**12/16/2010;**<br>**1/4/2011** | **$129,064.02** | **$0.00** |
| **Wendy Yurgo**<br>**2654 West Horizon Ridge Parkway**<br>**#B5-163**<br>**Henderson, NV 89052** | **On 1/4/2011, Debtor paid Campbell & Williams, 700 South Seventh Street,  Las Vegas, NV 89191 pursuant to the indemnification agreement with Wendy Yurgo.** | **$65,661.33** | **$29,997.88** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Legal iGaming, Inc. v. Chester Wright III, Robert Graziano, New Castle Group, Inc., Richard C. Reining, and DOES I through X.**<br>**Case No. A09-604578-C** | **Breach of Fiduciary Duties, Fraud, Civil Conspiracy to Commit Fraud, Unjust Enrichment** | **Eighth Judicial District Court**<br>**Clark County Nevada** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Legal iGaming, Inc. v. Sarah Fisher, Patrick Fisher, Steven Fisher, Philip Fisher, Kate Fisher, Angela Long, and Maurice Long Case No. A09-595247-C** | **Violation of Statute, Waste, Conversion, Fraud and Conspiracy, Unjust Enrighment, Declaratory Relief** | **Eighth Judicial District Court CLark County Nevada** | **Pending** |
| **Legal iGaming, Inc. v. IGT** | **Patent Interference** | **U.S. Patent and Trademark Office Board of Patent Appeals and Interferences** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **The Schwartz Law Firm**<br>**701 E. Bridger Avenue, Suite 120**<br>**Las Vegas, NV 89101** | **2/18/2011** | **$50,000.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Chester Wright III/NewCastle Group, Inc.**<br><br>**Former Secretary** | **7/15/2009** | **Debtor sold office furniture, fixtures, and equipment; vendor list; customer list; and inventory list. Debtor received $65,000 upon closing with the remaining $45,000 to be paid pursuant to the prmossiry note dated 7/15/2009.** |

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**Po Box 60510**<br>**Los Angeles, CA 90060** | **Savings Acct. No. 5801**<br>**$0.00** | **Debtor closed the account on December 6, 2010 and transferred the money to the Wells Fargo Acct. No. 2648, which was subsequently closed.**<br>**$278,059.09** |
| **Wells Fargo**<br>**Po Box 60510**<br>**Los Angeles, CA 90060** | **Checking Acct. No. 2648**<br>**$0.00** | **Debtor closed the account on December 8, 2010 and transferred the money to the current Bank of George account.**<br>**$304,532.14** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|
| **Legal iGaming, Inc.** | 35-2169469 | **c/o Sklar Williams, LLP 8363 W. Sunset Road, Suie 300 Las Vegas, NV 89113** | **Gaming Intellectual Property** | **12/20/2000 - present** |

None

■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None

☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Swan & Gardiner, CPA's, LLC 9005 West Sahara Avenue Las Vegas, NV 89117** | **Swan & Gardner, CPA's, LLC prepare Debtor's tax returns annually.** |
| **Lon Shepard** | **Lon Shepard maintained the books on a monthly basis until 11/2010.** |
| **Wayne Krygier** | **Wayne Krygier has been in possession of the books since 11/2010.** |

None

■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None

■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None

☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Board of Directors** | **11/30/2010** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Wayne Krygier** | **Preseident, Secretary, Treasurer, Director** | **N/A** |
| **Rolf Carlson** **P.O. Box 94833** **Albuquerque, NM 87199** | **Shareholder** | **Rolf Carlson has a 23% ownership interest.** |
| **Michael Saunders** **P.O. Box 531093** **Henderson, NV 89053** | **Shareholder** | **Michael Saunders has a 25% ownership interest.** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Wendy Yurgo** **2654 West Horizon Ridge Parkway** **#B5-163** **Henderson, NV 89052** | **Former Director** | **11/2010** |
| **Lonzo Shepard** **4045 Spencer Street #118** **Las Vegas, NV 89119** | **Former Director** | **11/2010** |
| **Joseph A. Kennedy** **11670 Evergreen Creek Lane** **Las Vegas, NV 89135** | **Former Director** | **11/2010** |

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 28, 2011**                    Signature    **/s/ Wayne Krygier**
                                                            **Wayne Krygier**
                                                            **President, Treasurer, Secretary, Director**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Legal iGaming, Inc.** _____

_____    Case No. _____
Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................    $ _____ **48,961.00**

    Prior to the filing of this statement I have received ...............    $ _____ **48,961.00**

    Balance Due ..................................................................................    $ _____ **0.00**

2.  $ __**1,039.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See the Schwartz Law Firm's detailed retention application for a description of the monies received, fees earned and services to be provided.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 28, 2011** _____    /s/ **Samuel A. Schwartz. Esq.**
**Samuel A. Schwartz. Esq. 10985**
**The Schwartz Law Firm**
**701 E. Bridger Avenue, Suite 120**
**Las Vegas, NV 89101**
**(702) 385-5544  Fax: (702) 385-2741**
**sam@schwartzlawyers.com**

---

.

# United States Bankruptcy Court
## District of Nevada

In re    **Legal iGaming, Inc.**

_____ ,

Debtor

Case No. _____

Chapter_____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adil and Susanne Kelin**<br>**455 Avenida Gaviota**<br>**Camarillo, CA 93012** | **Common** | **50,000** | **Unrestricted** |
| **Agnes Norskog**<br>**PO Box 1631**<br>**Carmichael, CA 95609** | **Common** | **6,250** | **Unrestricted** |
| **Alan & Nancy Levinson**<br>**812 Derbyshire Lane**<br>**Prospect Heights, IL 60070** | **Common** | **3,125** | **Unrestricted** |
| **Alan M. Fisher FBO IRA # 32798**<br>**3670 Homeland Dr.**<br>**Los Angeles, CA 90008** | **Common** | **18,750** | **Unrestricted** |
| **Alan W. Kaplin**<br>**860 Croftridge Ln.**<br>**Highland Park, IL 60035** | **Common** | **25,000** | **Unrestricted** |
| **Albert Goodis Rev. Liv. Trust 04/04/2000**<br>**111 Water Rock Circle**<br>**Waynesville, NC 28786** | **Common** | **25,550** | **Unrestricted** |
| **Alicia L. Smith**<br>**8401 E 93rd Terrace**<br>**Kansas City, MO 64138** | **Common** | **6,250** | **Unrestricted** |
| **Allen B. Nelson FBO IRA #21105**<br>**2301 E. Beachcomber Dr.**<br>**Gilbert, AZ 85234** | **Common** | **12,500** | **Unrestricted** |
| **Amber Benson**<br>**10700 Highway 141**<br>**Whitewater, CO 81527** | **Common** | **13,000** | **Unrestricted** |
| **Amitabh Dey FBO #052181**<br>**3616 Torrey View Ct.**<br>**San Diego, CA 92130** | **Common** | **17,000** | **Unrestricted** |
| **Andrew S. Patti**<br>**14215 N. 14th Dr.**<br>**Phoenix, AZ 85023** | **Common** | **15,000** | **Unrestricted** |

__24__   continuation sheets attached to List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                    ,    Case No. _____

_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Angela & Maurice Long**<br>**32142 335th St.**<br>**Coon Rapids, IA 50058** | **Common** | **15,000** | **Unrestricted** |
| **Anthony Barbaris**<br>**3637 Lake Ridge Court**<br>**Gainesville, GA 30506** | **Common** | **12,500**□□ | **Unrestricted** |
| **arah Andrea Fisher**<br>**10522 Tuni Pueblo Court**<br>**Las Vegas, NV 89183** | **Common** | **950,000** | **Unrestricted** |
| **ark & Maureen Geppert**<br>**57 Waterloo Circle**<br>**Dover, NH 03820** | **Common** | **12,500** | **Unrestricted** |
| **Arsenio & Blanca Razo**<br>**85175 Hudson Street**<br>**Darien, IL 60561** | **Common** | **13,375** | **Unrestricted** |
| **Bella M. Saville**<br>**Unit 1 16155 82nd Ave.**<br>**Surrey, BC V4N 0P7**<br>**Canada** | **Common** | **6,250** | **Unrestricted** |
| **Bethany West/Werner J. Mall**<br>**21340 Parthenia #101**<br>**Canoga Park, CA 91304** | **Common** | **3,125** | **Unrestricted** |
| **Billie C. Sawyers**<br>**110 Frankford Ave. #7D**<br>**Lubbock, TX 79416** | **Common** | **68,750** | **Unrestricted** |
| **Bradford G. Lampshire**<br>**8536 Washington Ave.**<br>**Alexandria, VA 22309** | **Common** | **3,125** | **Unrestricted** |
| **Bradford W. Reddick**<br>**945 Firesteed Ridge**<br>**Waconia, MN 55387** | **Common** | **6,250** | **Unrestricted** |
| **Bradley C. Oldfield**<br>**1311 W. Mukilteo Blvd.**<br>**Everett, WA 98203** | **Common** | **5,000** | **Unrestricted** |
| **Brandi N. Dacus**<br>**146 Kimbell Farm Dr.**<br>**Locust Grove, GA 30248** | **Common** | **6,000** | **Unrestricted** |

Sheet __1__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                              ,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brendan P. Cuff**<br>**4 Landing Way**<br>**Dover, NH 03820** | **Common** | **12,500** | **Unrestricted** |
| **Brian S. Fenner**<br>**97 Samantha Dr.**<br>**Shelby, OH 44875** | **Common** | **9,375** | **Unrestricted** |
| **Brian S. Fenner FBO IRA #20879**<br>**97 Samantha Dr.**<br>**Shelby, OH 44875** | **Common** | **6,250** | **Unrestricted** |
| **Bruce Geiger**<br>**715 Tenny Ave.**<br>**Waukesha, WI 53186** | **Common** | **56,250** | **Unrestricted** |
| **Bruce Kloster, M.D.**<br>**5659 Beechtree Dr.**<br>**West Des Moines, IA 50266** | **Common** | **30,000** | **Unrestricted** |
| **Bruce R. Dych Revocable Living Trust**<br>**946 Chicadee Drive**<br>**Venice, FL 34285** | **Common** | **15,000** | **Unrestricted** |
| **Bruce Shipper**<br>**78 Dovecrest**<br>**Irvine, CA 92620** | **Common** | **12,500** | **Unrestricted** |
| **Byron H. Mullen IRA #33027**<br>**4615 Stonemade Dr.**<br>**Friendswood, TX 77546** | **Common** | **12,500** | **Unrestricted** |
| **Candace Carrabba**<br>**4026 Green Valley**<br>**Bryan, TX 77802** | **Common** | **2,500** | **Unrestricted** |
| **Candela Family Limited Partnership**<br>**808 Aquitaine Ct.**<br>**Las Vegas, NV 89145** | **Common** | **12,500** | **Unrestricted** |
| **Carl D. Coomes**<br>**P.O. Box 223062**<br>**Carmel, CA 93922** | **Common** | **27,000** | **Unrestricted** |
| **Carl D. Coomes FBO#111065**<br>**P.O. Box 223062**<br>**Carmel, CA 93922** | **Common** | **12,500** | **Unrestricted** |
| **Carl R. Milletary FBO IRA #30853**<br>**7204 History Lane**<br>**Mechanicsville, VA 23111** | **Common** | **12,500** | **Unrestricted** |

Sheet __2__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re      **Legal iGaming, Inc.**
_____ ,      Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Carl R. Moller**<br>**1442A Saint Mary St.**<br>**New Orleans, LA 70130** | **Common** | **22,500** | **Unrestricted** |
| **Catherine Wilkinson** | **Common** | **12,000** | **Unrestricted** |
| **Charles E. Vermillion**<br>**6015 Cavitt Stallman Rd.**<br>**Granite Bay, CA 95746** | **Common** | **12,500** | **Unrestricted** |
| **Charles R. Evans**<br>**3028 Calle De Laredo**<br>**Las Vegas, NV 89102** | **Common** | **6,250** | **Unrestricted** |
| **Chester Wright III** | **Common** | **666,310** | **Unrestricted** |
| **Chester Wright III & Anastasia Ulyanova** | **Common** | **40,000** | **Unrestricted** |
| **Chester Wrigth Jr.  & Agnes Wright**<br>**39019 244th Ave. SE**<br>**Enumclaw, WA 98022** | **Common** | **122,500** | **Unrestricted** |
| **Chris Bockman**<br>**9145 S. Las Vegas Blvd. #1039**<br>**Las Vegas, NV 89123** | **Common** | **10,000** | **Unrestricted** |
| **Christa Schacht**<br>**395 Ivy Ave.**<br>**Haworth, NJ 07641** | **Common** | **25,000** | **Unrestricted** |
| **Christopher Hoeppner FBO IRA #32086**<br>**5009 Pacific Hwy. E 16 W**<br>**Fife, WA 98424** | **Common** | **12,500** | **Unrestricted** |
| **Christopher Morrissey**<br>**21461 La Capilla**<br>**Mission Viejo, CA 92691** | **Common** | **15,000** | **Unrestricted** |
| **Clayton Hirsch**<br>**158 Asmundson Ave.**<br>**Red Deer, Alberta T4R 2X5**<br>**Canada** | **Common** | **12,500** | **Unrestricted** |
| **Clinton E. Schaibly**<br>**5344 Old Lansing Rd.**<br>**Lansing, MI 48917** | **Common** | **3,125** | **Unrestricted** |
| **Clinton E. Schaibly FBO IRA #32361**<br>**5344 Old Lansing Rd.**<br>**Lansing, MI 48917** | **Common** | **3,125** | **Unrestricted** |

Sheet __3__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                    ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clinton Hughes**<br>**PO Box 205**<br>**Taos Ski Valley, NM 87525** | **Common** | **50,000** | **Unrestricted** |
| **Cornwall Family Trust**<br>**c/o Harry J. Conwall**<br>**900 Yosemite Lane**<br>**Lincoln, CA 95648** | **Common** | **2,500** | **Unrestricted** |
| **Daniel Desnoyers**<br>**4553 Des Ancetres**<br>**Lachenaie, Quebec J6V 1G6**<br>**Canada** | **Common** | **6,250** | **Unrestricted** |
| **Daniel George Hoag**<br>**PO Box 786**<br>**Lodi, CA 95241** | **Common** | **9,375** | **Unrestricted** |
| **Darrell and Mary Christian**<br>**2891 120th St.**<br>**Garvin, MN 56132** | **Common** | **5,625** | **Unrestricted** |
| **Dave Dollarhide**<br>**1142 Eastlake Drive**<br>**Moses Lake, WA 98837** | **Common** | **4,250** | **Unrestricted** |
| **David Bone**<br>**18420 S. Norman Road**<br>**Oregon City, OR 97045** | **Common** | **4,125** | **Unrestricted** |
| **David Breidenthal**<br>**P.O. Box 514**<br>**Los Gatos, CA 95031** | **Common** | **31,250** | **Unrestricted** |
| **David Lewis**<br>**1485 St. Andrews Dr.**<br>**Broomfield, CO 80020** | **Common** | **12,500** | **Unrestricted** |
| **David S. and Susan K. Johnson**<br>**230 19th Ave. So.**<br>**South Saint Paul, MN 55075** | **Common** | **12,500** | **Unrestricted** |
| **David Zaccaria**<br>**33 John St.**<br>**Fairfield, NJ 07004** | **Common** | **25,000** | **Unrestricted** |
| **Debra L. Morris**<br>**5319 E. Starflower Way**<br>**Livermore, CA 94551** | **Common** | **5,000** | **Unrestricted** |

Sheet ___4___ of ___24___ continuation sheets attached to the List of Equity Security Holders

In re     __Legal iGaming, Inc._____,     Case No. _____
                                                 Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Delane Wright<br>623 Hilcrest Drive<br>Anacortes, WA 98221 | Common | 10,000 | Unrestricted |
| Dennis Heitz<br>609 43rd Street<br>Richmond, CA 94805 | Common | 5,000 | Unrestricted |
| Dennis J. Najarian<br>15 Merrill Rd.<br>Watertown, MA 02172 | Common | 4,000 | Unrestricted |
| Dennis L. Kahnke<br>PO Box 306<br>Redwood Falls, MN 56283 | Common | 12,500 | Unrestricted |
| Don Baugh<br>6916 Welsh Circle<br>Las Vegas, NV 89108 | Common | 50,000 | Unrestricted |
| Donald Mazur<br>330 E 39th St. 4B<br>New York, NY 10016-2115 | Common | 25,000 | Unrestricted |
| Donald O. Edwards & Jody K. Andrews<br>11647 Engelhardt Road<br>Harvard, IL 60033-1005 | Common | 14,300 | Unrestricted |
| Donna Arnold<br>1293 Sunset Plaza Dr.<br>Los Angeles, CA 90069 | Common | 12,500 | Unrestricted |
| Donna K. Stewart<br>40650 N. Elime Rd.<br>Antioch, IL 60002 | Common | 3,125 | Unrestricted |
| Doten Living Trust 3/29/93<br>James E. Doten<br>347 Del Amigo Rd.<br>Danville, CA 94526 | Common | 2,500 | Unrestricted |
| Dr. William P. Catalano<br>6729 - Abutus Street<br>Vancouver, BC V6P 5S6<br>Canada | Common | 27,500 | Unrestricted |
| Duignan Family Trust 3/20/96<br>c/o Joseph Duignan<br>46 Jean Ter<br>Red Bank, NJ 07701-5242 | Common | 50,000 | Unrestricted |

Sheet __5__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                              ,        Case No. _____
                                           Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Dwayne Dollarhide<br>12310 NE Whitaker Way<br>Portland, OR 97230 | Common | 25,000 | Unrestricted |
| E. Elaine Schuster<br>1224 NW 33rd<br>Oklahoma City, OK 73118 | Common | 25,000 | Unrestricted |
| E. Michael Greco<br>4945 S. Buffalo Dr., Suite 101<br>Las Vegas, NV 89147 | Common | 200,001 | Unrestricted |
| Ed Ogaz<br>6440 Vista Valley Trail<br>Las Cruces, NM 88007 | Common | 12,500 | Unrestricted |
| Edmund P. Russek FBO IRA #31049<br>450 Creek Rd.<br>Moorestown, NJ 08057 | Common | 25,000 | Unrestricted |
| Elizabeth M. Cloutier<br>5591 Casa Monica Ct.<br>Las Vegas, NV 89141 | Common | 4,000 | Unrestricted |
| Emerico Csepanyi<br>4282 Pacific Ave.<br>Long Beach, CA 90807 | Common | 5,000 | Unrestricted |
| Ernest G. Martin<br>3765 Bell Stattion Rd.<br>Circleville, OH 43113 | Common | 6,250 | Unrestricted |
| Ernest Kelly<br>221 South Second St.<br>Ponca City, OK 74601 | Common | 3,125 | Unrestricted |
| Estate of George E. Connop<br>P.O. Box 59<br>Okotoks, AB T1S 1A4<br>Canada | Common | 12,500 | Unrestricted |
| Evelyn H. Nakamura<br>2010 9th Ave.<br>Honolulu, HI 96816 | Common | 31,250 | Unrestricted |
| Fidelo Secondino<br>20 Hammer Pl.<br>Branford, CT 06405 | Common | 15,625 | Unrestricted |

Sheet __6__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**
_____,    Case No. _____
                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Francisco A. Acosta<br>2756 W. 35th Street<br>Chicago, IL 60632 | Common | 6,250 | Unrestricted |
| Frank G. Li<br>11851 Lambert Ave.<br>El Monte, CA 91732 | Common | 25,000 | Unrestricted |
| Frank H. Lawson<br>9271 Alpine Bliss St.<br>Las Vegas, NV 89123 | Common | 6,250 | Unrestricted |
| Fred L. Micael FBO #4094-6567<br>1530 Pine Creek Dr.<br>Lawrenceville, GA 30043 | Common | 3,125 | Unrestricted |
| Gabriel Contreras<br>701 N 1st St.<br>Brawley, CA 92227 | Common | 18,750 | Unrestricted |
| Gary Lange<br>72330 Quarry Trail<br>Thousand Palms, CA 92276 | Common | 25,000 | Unrestricted |
| Gaston Ruiz FBO IRA #31963<br>1550 S. Blue Island Ave. #409<br>Chicago, IL 60608 | Common | 3,125 | Unrestricted |
| Geoffrey Campbell<br>5061 Roadrunner Drive<br>Mesa, AZ 85215 | Common | 12,500 | Unrestricted |
| George Cagwin<br>206 East Blithedale Avenue<br>Mill Valley, CA 94941 | Common | 2,500 | Unrestricted |
| George Jadot<br>PO Box 170<br>Red Earth Creek, Alberta T0G 1X0<br>Canada | Common | 3,125 | Unrestricted |
| George L. and Ana L. Chavez<br>218 Violet Dr.<br>Romeoville, IL 60446 | Common | 3,125 | Unrestricted |
| Gerald and Bonnie Carter<br>512 SW 333rd Street<br>Federal Way, WA 98023 | Common | 12,500 | Unrestricted |

Sheet __7__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                                    ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gerald C. Moorehouse Jr.<br>910 W. Centennial Rd.<br>Papillion, NE 68046 | Common | 37,500 | Unrestricted |
| Gerald J. & Mary L. Geiger<br>2550 River Rock Drive<br>Macungie, PA 18062 | Common | 31,250 | Unrestricted |
| Gilbert J. Engen<br>4119 Noble Pl.<br>Oak Harbor, WA 98277 | Common | 30,000 | Unrestricted |
| Gildardo Pedro<br>1515 S. Prairie Ave. #710<br>Chicago, IL 60605 | Common | 3,125 | Unrestricted |
| Gilles Desnoyers<br>4358E Pierre de Coubertin<br>Montreal, Quebec H1V 1A6<br>Canada | Common | 30,000 | Unrestricted |
| Gloria Rieschel-Flynn<br>PO Box 1519<br>Longview, WA 98532-7912 | Common | 7,750 | Unrestricted |
| Glyndun Sangster Jr.<br>3806 Ave. J<br>Brooklyn, NY 11210 | Common | 9,375 | Unrestricted |
| Great Oak Family Trust (Gary Gusewitch)<br>2810 Adams Rd.<br>Los Gatos, CA 95033 | Common | 18,750 | Unrestricted |
| Greg Shirley<br>1204 Somerset Blvd.<br>Saint Cloud, MN 56303 | Common | 12,500 | Unrestricted |
| Gregory M. Aller<br>219 Center Drive<br>Tomah, WI 54660 | Common | 12,500 | Unrestricted |
| Gregory M. Krispin<br>3N402 Bonnie Lane<br>Saint Charles, IL 60175 | Common | 6,250 | Unrestricted |
| Gregory M. Krispin FBO #46859<br>3N402 Bonnie Lane<br>Rancho Mirage, CA 92270-1903 | Common | 10,250 | Unrestricted |

Sheet __8__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                                      ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Grover Mann**<br>8340 Washington St. NE #B<br>Albuquerque, NM 87113 | **Common** | **6,250** | **Unrestricted** |
| **Hal & Diane K. Handy**<br>1801 Truman Ave.<br>Tomah, WI 54660 | **Common** | **3,125** | **Unrestricted** |
| **Harold P. Quill**<br>5225b Lodato Ct.<br>Concord, CA 94521 | **Common** | **12,500** | **Unrestricted** |
| **Harry H. Levine Trust**<br>31311 Summerhill Ct.<br>Trabuco Canyon, CA 92679 | **Common** | **209,000** | **Unrestricted** |
| **Harry S. McMurray**<br>1245 Aguajito Rd.<br>Monterey, CA 93940 | **Common** | **3,125** | **Unrestricted** |
| **Harvey Weisman**<br>1813 Courtyard Circle<br>Pikesville, MD 21208 | **Common** | **10,000** | **Unrestricted** |
| **Hema, Sonja and Kristian Goli**<br>52 Hemalata Lane<br>Hazard, KY 41701 | **Common** | **12,500** | **Unrestricted** |
| **Hermes C. Hu**<br>574 Arastradero Rd. #67<br>Palo Alto, CA 94306 | **Common** | **3,125** | **Unrestricted** |
| **Hunt B. Wagstaff**<br>3514 N. Peoria Ave.<br>Peoria, IL 61603 | **Common** | **19,000** | **Unrestricted** |
| **Ian C. Shepard**<br>2015 Terry Ave. #310<br>Seattle, WA 98121 | **Common** | **375,000** | **Unrestricted** |
| **J. Frank Payne**<br>3220 Canterbury Ln.<br>Louisville, KY 40207 | **Common** | **25,000** | **Unrestricted** |
| **J. Patrick Daley**<br>12755 SE Sunrunner Ct.<br>Happy Valley, OR 97086 | **Common** | **6,250** | **Unrestricted** |
| **J. Patrick Daley FBO #19330**<br>12755 SE Sunrunner Ct.<br>Happy Valley, OR 97086 | **Common** | **9,375** | **Unrestricted** |

Sheet  **9**  of  **24**  continuation sheets attached to the List of Equity Security Holders

In re      **Legal iGaming, Inc.**
_____,      Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack D. and Janet C. Smith1978 Trust<br>5513 Murietta Ave.<br>Van Nuys, CA 91401 | Common | 10,000 | Unrestricted |
| Jack Ernandes<br>350 Redondo Ave.<br>Long Beach, CA 90814 | Common | 5,000 | Unrestricted |
| James Brown<br>11321 Camino Del Sol<br>Santa Clarita, CA 91390 | Common | 30,000 | Unrestricted |
| James Ciminelli | Common | 7,500 | Unrestricted |
| James E. Cody<br>6718 Hawthorne Creek Ct.<br>Las Vegas, NV 89131 | Common | 12,500 | Unrestricted |
| James G. & Nicoline H. Smith<br>36 Shotgum Rd.<br>Randolph, NJ 07869 | Common | 12,500 | Unrestricted |
| James H. Moore Family Ltd Partnership<br>2719 W. Chestnut Ave.<br>Enid, OK 73703 | Common | 25,000 | Unrestricted |
| James Jones<br>19643 Wildwood Dr.<br>West Linn, OR 97068 | Common | 4,125 | Unrestricted |
| James M. McKenzie<br>14825 SW Citrine Loop<br>Beaverton, OR 97007 | Common | 6,250 | Unrestricted |
| James N. and Shirley M. Bradford<br>2341 Hoya Lane<br>Gilroy, CA 95020 | Common | 85,000 | Unrestricted |
| James N. Fay<br>PO Box 6007<br>Vancouver, WA 98668-6007 | Common | 37,500 | Unrestricted |
| James R. Hipner<br>PO Box 251<br>Big Piney, WY 83113 | Common | 12,500 | Unrestricted |
| James R. Holton<br>2230 Margarita Dr.<br>Lady Lake, FL 32195 | Common | 37,500 | Unrestricted |

Sheet  __10__  of  __24__  continuation sheets attached to the List of Equity Security Holders

In re   **Legal iGaming, Inc.** _____,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James S. Willoughby Living Trust c/o Roger Willoughby, Trustee 500 Riomar Dr. Vero Beach, FL 32963** | **Common** | **3,125** | **Unrestricted** |
| **James Stone 713 Village Gate Cir. Nacogdoches, TX 75961** | **Common** | **50,000** | **Unrestricted** |
| **James W. and Eleanore A. Schwartz 1245 Wooded Hills Dr. San Jose, CA 95120** | **Common** | **2,000** | **Unrestricted** |
| **Janet L. Eggers 1177 Highland Dr. Superior, NE 68978** | **Common** | **12,500** | **Unrestricted** |
| **Jean S. Weasner 2393 Pennington Rd. Pennington, NJ 08534** | **Common** | **25,000** | **Unrestricted** |
| **Jeffrey D. Anderson 3906 Lyndale Avenue S. Minneapolis, MN 55409** | **Common** | **37,500**□□ | **Unrestricted** |
| **Jeffrey D. Dahlquist 13758 Johnson Street NE Ham Lake, MN 55304** | **Common** | **25,000** | **Unrestricted** |
| **Jennifer Wright 4751 Hamburg Street Las Vegas, NV 89147** | **Common** | **40,000** | **Unrestricted** |
| **Jeremy L. Raymer 14609 River Grove Dr. E Sumner, WA 98390** | **Common** | **50,000** | **Unrestricted** |
| **Jeremy Stein** | **Common** | **72,548** | **Unrestricted** |
| **Jerry & Willie Mae Willis 10233 65th Ave. S. Seattle, WA 98178** | **Common** | **56,250** | **Unrestricted** |
| **Jesaraca Limited Partnership** | **Common** | **12,500** | **Unrestricted** |
| **Jesse B. Silva 2284 Pepper Dr. El Centro, CA 92243** | **Common** | **12,500** | **Unrestricted** |

Sheet   **11**   of   **24**   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Legal iGaming, Inc.**                                              ,    Case No. _____

                                   Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jill Fenner FBO IRA # 32065**<br>**105 Mansfield Ave.**<br>**Shelby, OH 44875** | **Common** | **12,500** | **Unrestricted** |
| **Jim R. Elsea**<br>**PO Box 1403**<br>**Gravette, AR 72736** | **Common** | **25,000** | **Unrestricted** |
| **Jocelyn Langlois**<br>**25523 Via Pacifica**<br>**Valencia, CA 91355** | **Common** | **12,709** | **Unrestricted** |
| **Joel E. Ivie**<br>**PO Box 907**<br>**Salida, CA 95368** | **Common** | **37,500** | **Unrestricted** |
| **Johanna Hirota FBO #64424**<br>**116 Hoffman Ave.**<br>**San Francisco, CA 94114** | **Common** | **6,250** | **Unrestricted** |
| **John & Marita Cuthbert Trust**<br>**63502 Sandridge Rd.**<br>**La Grande, OR 97850** | **Common** | **18,750** | **Unrestricted** |
| **John & Patricia Liebermann**<br>**3280 Victoria St. N.**<br>**Shoreview, MN 55126** | **Common** | **12,500** | **Unrestricted** |
| **John A. Hoffman**<br>**6218 E. Paradise Ln.**<br>**Scottsdale, AZ 85254** | **Common** | **5,000** | **Unrestricted** |
| **John D. Hetherington**<br>**8923 N. 45th St.**<br>**Phoenix, AZ 85028** | **Common** | **32,500** | **Unrestricted** |
| **John F. Guidice**<br>**603 Greenwich Ct.**<br>**East Windsor, NJ 08520** | **Common** | **8,750** | **Unrestricted** |
| **John George Pietro Orlando**<br>**7342 Mesa Dr.**<br>**Aptos, CA 95003** | **Common** | **3,125** | **Unrestricted** |
| **John H. Anderson, Jr.**<br>**3909 SE 158th Ct.**<br>**Vancouver, WA 98683** | **Common** | **6,250**□□ | **Unrestricted** |
| **John H. Crosby**<br>**P.O. Box 581856**<br>**Tulsa, OK 74158** | **Common** | **13,400** | **Unrestricted** |

Sheet __12__ of __24__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Legal iGaming, Inc.**                                                                        ,         Case No. _____
                                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John J. Mastel**<br>**1342 Stagecoach Trail South**<br>**Afton, MN 55001** | **Common** | **5,000** | **Unrestricted** |
| **John Kucheran**<br>**249 Scandia Hill NW**<br>**Calgary, Alberta T3L 1T8**<br>**Canada** | **Common** | **121,250** | **Unrestricted** |
| **John R. Fletcher**<br>**5607 S. Windsor Rd.**<br>**Middlefield, OH 44062** | **Common** | **10,000** | **Unrestricted** |
| **John Ragaisis**<br>**1981 Golden Circle Dr.**<br>**Escondido, CA 92026** | **Common** | **18,000** | **Unrestricted** |
| **John S. Santi**<br>**PO Box 3247**<br>**Sitka, AK 99835** | **Common** | **25,000** | **Unrestricted** |
| **Jon Carlson**<br>**P.O. Box**<br>**Tempe, AZ 85280** | **Common** | **250,000** | **Unrestricted** |
| **Jose R. Fernandez FBO IRA #20969**<br>**5257 S. Kilpatrick Ave.**<br>**Chicago, IL 60632** | **Common** | **3,125** | **Unrestricted** |
| **Joseph A. Cooper**<br>**908 York Road**<br>**Towson, MD 21204** | **Common** | **12,500** | **Unrestricted** |
| **Joseph and Laurette Goode**<br>**9771 Summit Ash Ct.**<br>**Colorado Springs, CO 80920** | **Common** | **12,500** | **Unrestricted** |
| **Joseph Barth**<br>**3745 Bagley Ave. #103**<br>**Los Angeles, CA 90034** | **Common** | **25,000**☐☐ | unrestricted |
| **Joseph W. Puckett**<br>**2630 Willow Wood Ct. #A**<br>**Missoula, MT 59803** | **Common** | **18,750** | **Unrestricted** |
| **Judy L. Michael**<br>**1530 Pine Creek Dr.**<br>**Lawrenceville, GA 30043** | **Common** | **3,125** | **Unrestricted** |

Sheet __13__ of __24__ continuation sheets attached to the List of Equity Security Holders

2/28/11  5:26PM

In re    **Legal iGaming, Inc.**

,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Justin Wright**<br>**4751 Hamburg Street**<br>**Las Vegas, NV 89147** | **Common** | **40,000** | **Unrestricted** |
| **K. Randall Holmes**<br>**7180 Gilespie St.**<br>**Las Vegas, NV 89119** | **Common** | **242,007** | **Unrestricted** |
| **Karen S. Hughes**<br>**3313 E. Cedarwood Ln.**<br>**Phoenix, AZ 85048** | **Common** | **6,250** | **Unrestricted** |
| **Karen S. Hughes FBO IRA #32508**<br>**3313 E. Cedarwood Ln.**<br>**Phoenix, AZ 85048** | **Common** | **6,250** | **Unrestricted** |
| **Karen S. Nagahama**<br>**1329 A Palolo Ave.**<br>**Honolulu, HI 96816** | **Common** | **18,750** | **Unrestricted** |
| **Kate E. Fisher**<br>**8200 Walnut St.**<br>**Kansas City, MO 64114** | **Common** | **5,000** | **Unrestricted** |
| **Katrina Kennedy**<br>**116 Rosehedge Lane**<br>**Oak Park, CA 91377** | **Common** | **8,200** | **Unrestricted** |
| **Kennedy Family Trust**<br>**c/o Joseph A. Kennedy**<br>**11670 Evergreen Creek Ln.**<br>**Las Vegas, NV 89135** | **Common** | **200,000** | **Unrestricted** |
| **Kenneth A. Dorn**<br>**4705 Oakland Circle**<br>**Carmichael, CA 95608** | **Common** | **25,000** | **Unrestricted** |
| **Kenneth D. Roberts**<br>**5411 69th St. Ct. NW**<br>**Gig Harbor, WA 98335** | **Common** | **25,000** | **Unrestricted** |
| **Kenneth Filburn**<br>**7440 N. Alcony Rd.**<br>**Conover, OH 45317** | **Common** | **6,250** | **Unrestricted** |
| **Kenneth Holmes**<br>**2823 Hawthorne Ave.**<br>**Grand Junction, CO 81506** | **Common** | **26,890** | **Unrestricted** |

Sheet __14__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                    , Case No. _____
                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenneth R. MacLeod**<br>**2330 Hamilton St. #228**<br>**Regina, SK S4P 4M4**<br>**Canada** | **Common** | **25,000** | **Unrestricted** |
| **Larry Eller**<br>**106 Varney Rd.**<br>**Dover, NH 03820** | **Common** | **20,000** | **Unrestricted** |
| **Larry Zimmerman**<br>**29 Island Drive**<br>**Boynton Beach, FL 33436** | **Common** | **31,875** | **Unrestricted** |
| **Lee Hart**<br>**105 Scott St.**<br>**Salida, CO 81201** | **Common** | **20,000** | **Unrestricted** |
| **Leonard A. Saltzman**<br>**1241 Rosehill Blvd.**<br>**Niskayuna, NY 12309** | **Common** | **132,500** | **Unrestricted** |
| **Lester L. Dacus**<br>**137 Kimbell Farm Dr.**<br>**Locust Grove, GA 30248** | **Common** | **31,000** | **Unrestricted** |
| **Lloyd J. and Diris A. Frank**<br>**733 Gilfillan Lane**<br>**Nrth Oaks, MN 55127-7177** | **Common** | **4,000** | **Unrestricted** |
| **Lloyd P. Rutherford**<br>**1823 Ridgewood Ave. #311**<br>**Daytona Beach, FL 32117** | **Common** | **62,500** | **Unrestricted** |
| **Lois A. Fordham**<br>**1721 W. Sam Houston Pkwy. S.**<br>**Houston, TX 77042** | **Common** | **9,375** | **Unrestricted** |
| **Lois C. Miracle**<br>**1541 E. Manor Dr.**<br>**Casa Grande, AZ 85222** | **Common** | **37,500** | **Unrestricted** |
| **Lonzo H. Shepard III**<br>**4045 Spencer St. #118**<br>**Las Vegas, NV 89119** | **Common** | **725,000** | **Unrestricted** |
| **Louis Zarosinski**<br>**20657 S. Nursery Ln.**<br>**Oregon City, OR 97045** | **Common** | **31,875** | **Unrestricted** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Legal iGaming, Inc.**                                                             , Case No. _____

                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marc Golat**<br>**1907 Central Ave.**<br>**Fairbanks, AK 99709** | **Common** | **31,000** | **Unrestricted** |
| **Marc Vandeberg**<br>**6149 Wabukayne Crt**<br>**Mississauga, ON L5N 2B1**<br>**Canada** | **Common** | **6,250** | **Unrestricted** |
| **Margaret Wisnasky**<br>**110 N. Park Ave.**<br>**Lombard, IL 60148** | **Common** | **6,250** | **Unrestricted** |
| **Maria S. Fernandez FBO IRA #20968**<br>**5257 S. Kilpatrick Ave.**<br>**Chicago, IL 60632** | **Common** | **3,125** | **Unrestricted** |
| **Marian D. Heiser**<br>**2590 Butternut Lane**<br>**Pepper Pike, OH 44124-4208** | **Common** | **12,500** | **Unrestricted** |
| **Marion N. Schulte**<br>**24726 Via Valmonte**<br>**Torrance, CA 90505-6803** | **Common** | **3,125** | **Unrestricted** |
| **Mark Galey**<br>**451 Boardwalk #112**<br>**Fort Collins, CO 80525** | **Common** | **8,750** | **Unrestricted** |
| **Marshall B. Hinckley Family Trust**<br>**948 W. Gettysburg Ave.**<br>**Fresno, CA 93705** | **Common** | **25,500** | **Unrestricted** |
| **Marvin Otsuji**<br>**2827 Poipu Rd.**<br>**Koloa, HI 96756** | **Common** | **25,000** | **Unrestricted** |
| **Mchael Kakares**<br>**18615 Sumpter Forest Dr.**<br>**Macomb Township, MI 48042** | **Common** | **50,000** | **Unrestricted** |
| **Melvin Fong**<br>**7569 River Ranch Way**<br>**Sacramento, CA 95831** | **Common** | **6,250** | **Unrestricted** |
| **Merle Kingham FBO IRA #31639**<br>**2240 S. 17th St.**<br>**Phoenix, AZ 85034** | **Common** | **25,000** | **Unrestricted** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re    **Legal iGaming, Inc.**                                                          , Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mervin Hey**<br>**104 Dunlop St.**<br>**Saskatoon, SK S7N 2B5**<br>**Canada** | **Common** | **10,000** | **Unrestricted** |
| **Michael & Joy Schwentner**<br>**4285 Scheidy's Road**<br>**Whitehall, PA 18052** | **Common** | **25,000** | **Unrestricted** |
| **Michael Brace**<br>**10832 N. 106 E. Avenue**<br>**Sperry, OK 74073** | **Common** | **3,150** | **Unrestricted** |
| **Michael Giles**<br>**5676 Green Acres Dr.**<br>**Anderson, CA 96007** | **Common** | **25,000** | **Unrestricted** |
| **Michael L. Priestley**<br>**16991 Maple Circle**<br>**Lake Oswego, OR 97034** | **Common** | **6,250** | **Unrestricted** |
| **Michael S. Nelson**<br>**17708 50th St. E.**<br>**Lake Tapps, WA 98391** | **Common** | **37,500** | **Unrestricted** |
| **Michael Saunders**<br>**PO Box 531093**<br>**Henderson, NV 89053** | **Common** | **6,000,000** | **Unrestricted** |
| **Michael Thompkins** | **Common** | **26,500** | **Unrestricted** |
| **Michael Zuzenak**<br>**2463 Hunt Club**<br>**Bloomfield Hills, MI 48304** | **Common** | **10,000** | **Unrestricted** |
| **Ming D. Hsui**<br>**771 E. Pico Blvd.**<br>**Los Angeles, CA 90021** | **Common** | **6,250** | **Unrestricted** |
| **Nancy Rigali** | **Common** | **500** | **Unrestricted** |
| **Nate Stock**<br>**19108 Pacific Coast Hwy.**<br>**Malibu, CA 90265** | **Common** | **260,000** | **Unrestricted** |
| **Nate Stock Pension Fund**<br>**19108 Pacific Coast Hwy.**<br>**Malibu, CA 90265** | **Common** | **110,000** | **Unrestricted** |

Sheet  __17__  of  __24__  continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                                          Case No. _____
                                                                        ,
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neeta Patel**<br>**2129 Latham St.**<br>**Simi Valley, CA 93065** | **Common** | **6,250** | **Unrestricted** |
| **Neil Rasmussen**<br>**1316 Willow Street**<br>**Sumner, WA 98390** | **Common** | **50,000** | **Unrestricted** |
| **Nicholas Young**<br>**1630 Tarpon Bay Dr. S 202**<br>**Naples, FL 34119** | **Common** | **15,625** | **Unrestricted** |
| **Norman Curry**<br>**3238 Rolling Acres Circle**<br>**Las Vegas, NV 89117** | **Common** | **4,000** | **Unrestricted** |
| **oyce M. Miles**<br>**1304 South 45th Avenue**<br>**West Richland, WA 99353** | **Common** | **25,000** | **Unrestricted** |
| **Patricia Brammer**<br>**14 Screven Court**<br>**Bluffton, SC 29909** | **Common** | **12,500** | **Unrestricted** |
| **Patrick S. Fisher**<br>**305 Zolezzi Lane**<br>**Reno, NV 89511** | **Common** | **10,000** | **Unrestricted** |
| **Patti P. Wolf FBO #047305**<br>**1481 E. Torrey Pines Ln.**<br>**Chandler, AZ 85249** | **Common** | **6,250** | **Unrestricted** |
| **Patti Revocable Trust 11/5/92**<br>**14215 N. 14th Dr.**<br>**Phoenix, AZ 85023** | **Common** | **65,000** | **Unrestricted** |
| **Peter Hurle**<br>**54 Mitchell Street**<br>**WEE WAA 2388**<br>**Australia** | **Common** | **20,000** | **Unrestricted** |
| **Peter J. Merrill**<br>**130 Rosedale Valley Rd. #404**<br>**Toronto, Ontario M4W 1P9**<br>**Canada** | **Common** | **16,250** | **Unrestricted** |
| **Phillip J. Fisher**<br>**32116 335th St.**<br>**Coon Rapids, IA 50058** | **Common** | **12,000** | **Unrestricted** |

Sheet   __18__   of   __24__   continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**
_____,    Case No. _____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Ralph J. Hill**<br>**4316 Ostrom Ave.**<br>**Lakewood, CA 90713** | **Common** | **12,500** | **Unrestricted** |
| **Randy Gilbreaith**<br>**5488 Poppy Ct.**<br>**Pollock Pines, CA 95726-9440** | **Common** | **10,000** | **Unrestricted** |
| **Richard & Gayle Holmberg**<br>**19735 Jackie Lane**<br>**Rogers, MN 55374** | **Common** | **17,500** | **Unrestricted** |
| **Richard Flemming FBO #17047**<br>**32 Thunderbird Dr.**<br>**Oakland, NJ 07436** | **Common** | **12,500** | **Unrestricted** |
| **Richard J. Misiak**<br>**267 Madie Ave.**<br>**Spotswood, NJ 08884** | **Common** | **6,250** | **Unrestricted** |
| **Richard L. Hand**<br>**4316 Leon Ave.**<br>**Las Vegas, NV 89130** | **Common** | **12,500** | **Unrestricted** |
| **Richard P. Maves**<br>**PO Box 418**<br>**Crookston, MN 56716** | **Common** | **17,000** | **Unrestricted** |
| **Richard Reining** | **Common** | **35,000** | **Unrestricted** |
| **Richard W. Smith**<br>**1020 Spencer Mill Rd.**<br>**Burns, TN 37029** | **Common** | **62,500** | **Unrestricted** |
| **Ricky A. Richters**<br>**1002 Black Moon Circle**<br>**Luverne, MN 56156** | **Common** | **3,125** | **Unrestricted** |
| **Robert B. McKenzie**<br>**31 Clematis Crt SE**<br>**Medicine Hat, Alberta T1B 2A4**<br>**Canada** | **Common** | **53,750** | **Unrestricted** |
| **Robert Browne**<br>**91 Silvertstone Road NW**<br>**Calgary, Alberta T3B 4Y6**<br>**Canada** | **Common** | **6,250** | **Unrestricted** |
| **Robert C. Reilly III FBO #111074**<br>**7617 Kiowa Pointe St.**<br>**Las Vegas, NV 89131** | **Common** | **7,500** | **Unrestricted** |

Sheet __19__ of __24__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Legal iGaming, Inc.**                                                    ,     Case No. _____

                                                     Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Deckter**<br>**18200 Killion St. #40**<br>**Tarzana, CA 91356** | **Common** | **5,000** | **Unrestricted** |
| **Robert E. & Rosalie Dettle Living Trust**<br>**1101 Water St.**<br>**Santa Cruz, CA 95062** | **Common** | **25,000** | **Unrestricted** |
| **Robert E. Miles Trust**<br>**4018 Dartmoor Lane**<br>**Pasco, WA 99301** | **Common** | **37,500** | **Unrestricted** |
| **Robert Graziano**<br>**10175 Spencer St. #2057**<br>**Las Vegas, NV 89123** | **Common** | **93,190** | **Unrestricted** |
| **Robert Kramer**<br>**12 Boulder Lane**<br>**Rancho Mirage, CA 92270-1903** | **Common** | **73,780** | **Unrestricted** |
| **Robert L. Armstrong**<br>**2233 East Behrend Dr. #213**<br>**Phoenix, AZ 85024** | **Common** | **25,375**□□ | **Unrestricted** |
| **Robert L. Dobling**<br>**Box 154**<br>**402 - North Ave.**<br>**Springville, IA 52336** | **Common** | **25,000** | **Unrestricted** |
| **Robert W. and Margaret Davis**<br>**10605 Cherry Treet Lane**<br>**Sun City, AZ 85373** | **Common** | **25,000** | **Unrestricted** |
| **Robert W. Ringler**<br>**1210 Highland**<br>**Helena, MT 59601** | **Common** | **6,250** | **Unrestricted** |
| **Robert Wendt**<br>**PO Box 98**<br>**Bonduel, WI 54107** | **Common** | **3,125** | **Unrestricted** |
| **Roger Dahl**<br>**2221 Cascade Way**<br>**Longview, WA 98632** | **Common** | **12,500** | **Unrestricted** |
| **Roger W. Kallstrom**<br>**N5607 Pleasant Ridge Ln.**<br>**Durand, WI 54736** | **Common** | **12,500** | **Unrestricted** |

Sheet __20__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**
_____ ,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rolf Carlson**<br>**P.O. Box 94833**<br>**Albuquerque, NM 87199** | **Common** | **5,630,000** | **Unrestricted** |
| **Ronald Morris**<br>**723 E. Woodbury Rd.**<br>**Altadena, CA 91001** | **Common** | **37,500** | **Unrestricted** |
| **Ronald T. Nagahama**<br>**1329-A Palolo Ave.**<br>**Honolulu, HI 96816** | **Common** | **6,250** | **Unrestricted** |
| **Ronnie B. Parrish**<br>**964 Hwy. 30 W**<br>**Americus, GA 31719** | **Common** | **3,125** | **Unrestricted** |
| **Ross D. Schoonover**<br>**1759 Pinehurst Ln.**<br>**Waterloo, IA 50701** | **Common** | **10,000** | **Unrestricted** |
| **Ryan Gomez**<br>**649 Tyler Ridge**<br>**Henderson, NV 89012** | **Common** | **200,000** | **Unrestricted** |
| **Sam Kodial**<br>**3543 Tully Rd.**<br>**Modesto, CA 95356** | **Common** | **25,000** | **Unrestricted** |
| **Samuel S. Stimmel**<br>**PO Box 311**<br>**North Webster, IN 46555** | **Common** | **6,250** | **Unrestricted** |
| **Sandra Howell**<br>**190 Tulip Blossom Ct.**<br>**San Jose, CA 95123** | **Common** | **6,250** | **Unrestricted** |
| **Sandra L. Tanhauser Revocable 2001 Trust**<br>**1502 Sisley Rd.**<br>**Penryn, CA 95663** | **Common** | **12,500** | **Unrestricted** |
| **Scharles Wilder**<br>**2200 Wilder Lane NE**<br>**Albuquerque, NM 87104** | **Common** | **50,000** | **Unrestricted** |
| **Scott Gossett**<br>**2441 Laughlin Street**<br>**La Crescenta, CA 91214** | **Common** | **62,500** | **Unrestricted** |
| **Scott W. Salon**<br>**7712 Inverness Glens Dr.**<br>**Fort Wayne, IN 46804** | **Common** | **8,125** | **Unrestricted** |

Sheet  __21__  of  __24__  continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                        ,    Case No. _____
                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sean Kikuchi<br>329 A Palolo Ave.<br>Honolulu, HI 96816 | Common | 12,500 | Unrestricted |
| Sean McCrory<br>2975 Strathspey Ct.<br>Henderson, NV 89044 | Common | 39,000 | Unrestricted |
| Shirley Bellville<br>808 S. 13th<br>Shelton, WA 98584 | Common | 12,500 | Unrestricted |
| Sig Rogish<br>3883 Howard Hughes Pkwy. #590<br>Las Vegas, NV 89169 | Common | 25,000 | Unrestricted |
| Solomon Kagin<br>1501 Ronne Dr.<br>Santa Rosa, CA 95404 | Common | 6,250 | Unrestricted |
| Sonny Armstrong<br>703 Silas<br>Sweetwater, TX 79556 | Common | 6,250 | Unrestricted |
| Stan K. Reed<br>3101 Rosewood Ave.<br>Parsons, KS 67357 | Common | 200,000 | Unrestricted |
| Stephen & Jocelyn Renshaw<br>2725 Canyon Rd.<br>Pleasant Grove, UT 84062 | Common | 6,250 | Unrestricted |
| Stephen D. Vogel<br>6141 Valley Glen Dr.<br>San Jose, CA 95123-4649 | Common | 6,250 | Unrestricted |
| Stephen W. Lively<br>1806 W. Spanish Trail Dr.<br>Granbury, TX 76048 | Common | 12,500 | Unrestricted |
| Steve Hollands<br>1819 Golden Horizon Dr.<br>Las Vegas, NV 89123 | Common | 242,007 | Unrestricted |
| Steven A. Delbuono FBO #105816<br>14 Bonita St. #D<br>Arcadia, CA 91006 | Common | 6,250 | Unrestricted |
| Steven A. Fisher<br>202 N. Hamilton #305<br>Madison, WI 53703 | Common | 10,000 | Unrestricted |

Sheet  __22__  of  __24__  continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                    ,    Case No. _____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven M. Renner**<br>**250 Second Ave. S. Suite #145**<br>**Minneapolis, MN 55401** | **Common** | **25,000** | **Unrestricted** |
| **Steven Wright**<br>**13007 174th St. E**<br>**Puyallup, WA 98347** | **Common** | **5,000** | **Unrestricted** |
| **Sue A. Bannister**<br>**3211 Keewahdin Rd., Lot 110**<br>**Fort Gratiot, MI 48059** | **Common** | **12,500**□□ | **Unrestricted** |
| **The Hirota Family Living Trust**<br>**116 Hoffman Ave.**<br>**San Francisco, CA 94114** | **Common** | **61,750** | **Unrestricted** |
| **Thomas E. Stanley**<br>**13901 15th Place West**<br>**Lynnwood, WA 98087** | **Common** | **30,000** | **Unrestricted** |
| **Timothy Carmody**<br>**1033 Lake Drive SE**<br>**Grand Rapids, MI 49506** | **Common** | **2,500** | **Unrestricted** |
| **Troy Tusup**<br>**785 Arabian Circle**<br>**Vacaville, CA 95687** | **Common** | **12,500** | **Unrestricted** |
| **VG Enterprise LP, Vijay Goli**<br>**1020 Eaglewood Dr.**<br>**Las Vegas, NV 89144** | **Common** | **12,500** | **Unrestricted** |
| **Victor S. Pankey Living Trust**<br>**3264 Shearer Crossing**<br>**Fallbrook, CA 92028** | **Common** | **37,500** | **Unrestricted** |
| **Vince Lindstrom**<br>**2783 Dougla Fir Rd.**<br>**Joplin, MO 64804** | **Common** | **250,000** | **Unrestricted** |
| **Virgil K. Wigley**<br>**4914 E. Turner Ave.**<br>**Fresno, CA 93727** | **Common** | **12,500** | **Unrestricted** |
| **Virgil K. Wigley FBO IRA #32045**<br>**4914 E. Turner Ave.**<br>**Fresno, CA 93727** | **Common** | **6,250** | **Unrestricted** |
| **Wayne L. & Shirley McIntosh**<br>**1708 Avenue P**<br>**Scottsbluff, NE 69361** | **Common** | **12,500** | **Unrestricted** |

Sheet __23__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                              ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Wendy M. Yurgo**<br>**2654 West Horizon Ridge Parkway**<br>**#B5-163**<br>**Henderson, NV 89052** | **Common** | **1,100,000** | **Unrestricted** |
| **White Oak Profit Sharing Plan**<br>**14651 S. Bascom Ave., Ste. 225**<br>**Los Gatos, CA 95032** | **Common** | **19,500** | **Unrestricted** |
| **Wilbur L. Shriner**<br>**37 N. Prospect St.**<br>**Burlington, VT 05401** | **Common** | **3,125** | **Unrestricted** |
| **Wilhelm Family Trust**<br>**611 E. 4th St.**<br>**Pine Bluffs, WY 82082** | **Common** | **39,375** | **Unrestricted** |
| **William and Jane Woodward**<br>**107 Cardinal Crest Lane**<br>**Fripp Island, SC 29920** | **Common** | **3,125** | **Unrestricted** |
| **William D. Miller III**<br>**6615 Chinatown St.**<br>**Las Vegas, NV 89166** | **Common** | **251,800** | **Unrestricted** |
| **William F Lashell**<br>**PO Box 3458**<br>**Wayne, NJ 07470** | **Common** | **6,250** | **Unrestricted** |
| **William H. Penix, Jr.**<br>**9435 Whitehurst Dr.**<br>**Dallas, TX 75243** | **Common** | **3,125** | **Unrestricted** |
| **William Moore III**<br>**2421 Valley View**<br>**Narvon, PA 17555** | **Common** | **6,250** | **Unrestricted** |
| **William R. Lupone**<br>**246 S. Main St. #2**<br>**Stowe, VT 05672** | **Common** | **9,375** | **Unrestricted** |
| **William Shaw**<br>**8054 19th Ave.**<br>**Burnaby, BC V3N 1G3**<br>**Canada** | **Common** | **3,125** | **Unrestricted** |
| **Zelda Wiggins/Darline Baca**<br>**HC 66, Box 23**<br>**Wagon Mound, NM 87752** | **Common** | **18,750** | **Unrestricted** |

Sheet  **24**  of  **24**  continuation sheets attached to the List of Equity Security Holders

In re    **Legal iGaming, Inc.**                                                              ,    Case No. _____
                                                          Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President, Treasurer, Secretary, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 28, 2011**         Signature  **/s/ Wayne Krygier**_____

                                               **Wayne Krygier**
                                             **President, Treasurer, Secretary, Director**

     *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                           18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  **Legal iGaming, Inc.**

                            Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Treasurer, Secretary, Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 28, 2011**

**/s/ Wayne Krygier**

**Wayne Krygier**/**President, Treasurer, Secretary, Director**
Signer/Title

Legal iGaming, Inc.
c/o Sklar Williams
8363 West Sunset Road
Suite 300
Las Vegas, NV 89113

Samuel A. Schwartz. Esq.
The Schwartz Law Firm
701 E. Bridger Avenue, Suite 120
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Internal Revenue Service
PO Box 480
Holtsville, NY 11742-0480

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Campbell & Williams
700 South Seventh Street
Las Vegas, NV 89101

J.A. Kennedy
7155 S. Rainbow Blvd., Suite 200
Las Vegas, NV 89118

Knobbe, Martens, Olson & Bear, LLP
Acct No IGAM
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

Lionel, Sawyer, and Collins
Acct No xxxxx-xxx4-FDG
1700 Bank of America Plaza
300 S. 4th Street
Las Vegas, NV 89101

Sklar Williams, LLP
Acct No xxxx9.001
8363 West Sunset Road
Suite 300
Las Vegas, NV 89113

Swan & Gardiner, CPA's, LLC
9005 West Sahara Avenue
Las Vegas, NV 89117

Wendy Yurgo
2654 West Horizon Ridge Parkway
#B5-163
Henderson, NV 89052

# United States Bankruptcy Court
## District of Nevada

In re   **Legal iGaming, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Legal iGaming, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 28, 2011**

Date

**/s/ Samuel A. Schwartz. Esq.**

**Samuel A. Schwartz. Esq. 10985**

Signature of Attorney or Litigant
Counsel for   **Legal iGaming, Inc.**

**The Schwartz Law Firm**
**701 E. Bridger Avenue, Suite 120**
**Las Vegas, NV 89101**
**(702) 385-5544 Fax:(702) 385-2741**
**sam@schwartzlawyers.com**